PROB 12B
ED/AR (12/2012)


# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Melvin Martinez | Case Number: 4:12CR00134-01 SWW |

Name of Sentencing Judicial Officer: Honorable C. Ashley Royal, Chief United States District Judge for the Middle District of Georgia

Honorable Susan Webber Wright, United States District Judge
Jurisdiction accepted on May 29, 2012

Original Offense:
- Ct. 1: Possession With Intent to Distribute Cocaine
- Ct. 2: Possession With Intent to Distribute Cocaine
- Ct. 4: Possession With Intent to Distribute Cocaine Base in Excess of Five Grams
- Ct. 5: Possession With Intent to Distribute Cocaine
- Ct. 6: Possession With Intent to Distribute Methylenedioxymethamphetamine (MDMA)
- Ct. 7: Possession With Intent to Distribute Cocaine Base in Excess of Five Grams
- Ct. 8: Possession With Intent to Distribute Cocaine

Date of Sentence: April 22, 2008

Original Sentence: 78 months imprisonment, 4 years supervised release, substance abuse treatment, mandatory drug screening, DNA collection, and $700 special penalty assessment

Modification: On August 21, 2012, conditions of supervision were modified to include total alcohol abstinence.

Type of Supervision: Supervised release
Date Supervision Commenced: December 5, 2011
Expiration Date: December 4, 2015

U.S. Probation Officer: Tiffani D. Dabney
Asst. U.S. Attorney: Jana Harris
Defense Attorney: Lisa Peters

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

The defendant shall undergo a mental health evaluation, as directed by the U.S. Probation Office, and undergo treatment as deemed necessary.

Prob 12B  Case 4:12-cr-00134-SWW   Document 9   Filed 02/26/14   Page 2 of 3
-2-                                             Request for Modifying the
                                                Conditions or Terms of Supervision
                                                with Consent of the Offender

Name of Offender: Melvin Martinez                    Case Number:  4:12CR00134-01 SWW

## CAUSE

Mr. Martinez has requested mental health treatment to assist him in coping with recent life stressors. On February 20, 2014, Federal Public Defender Jenniffer Horan was contacted telephonically to review the waiver of hearing to modify conditions of supervised release with Mr. Martinez. On the same date, Mr. Martinez signed a Prob 49, waiver of hearing to modify conditions of supervised release form, agreeing to the modification.

_____                            _____
Tiffani D. Dabney                                    Jana Harris
U.S. Probation Officer                               Assistant U.S. Attorney

Date: February 20, 2014                              Date: 2-20-14

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

2-26-14
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender Lisa Peters, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall undergo a mental health evaluation, as directed by the U.S. Probation Office, and undergo treatment as deemed necessary.

Witness: _[signature]_  U.S. Probation Officer

Signed: _[signature]_  Probationer or Supervised Releasee

2-20-14
DATE

_[signature]_
FEDERAL DEFENDER