# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                           4:12CR00134-001 SWW

MELVIN MARTINEZ                                                       DEFENDANT

### ORDER

Pending before the Court is a motion to continue the hearing previously scheduled March 14, 2014 [doc #10]. The government does not oppose a brief continuance. The Court finds that the motion should be *granted*.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued until **THURSDAY, APRIL 17, 2014 AT 1:00 P.M.**, in Room #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 7th day of March 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE