# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | 4:12CR00134-001  SWW | |
| MELVIN MARTINEZ | | DEFENDANT |

### ORDER

Pending before the Court is the defendant's unopposed motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for April 17, 2014 at 1:00 p.m.   The Court finds that this motion [doc #12]  should be and hereby is granted.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***WEDNESDAY, JUNE 18, 2014 AT 1:00 P.M. IN COURTROOM #389.***

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 16th day of April 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE